PEOPLE ex rel. McINTYRE, Appellant, v. BUTTLING, Respondent. (Supreme Court, General Term, Second Department. July, 1894.) Proceeding on the relation of John J. McIntyre against William J. Buttling, sheriff. No opinion. Order affirmed on the opinion of Justice Cullen in the case of People v. Jeremiah J. Cronin. Brown, P. J., not sitting.

PEOPLE ex rel. McNULTY v. ANDREWS. (Superior court of New York City, General Term. January 7, 1895.) Application by Patrick McNulty for a writ of mandamus to William S. Andrews, as commissioner of street cleaning. Alfred & Charles Steckler, for appellant. William H. Clark (Theodore Connoly and Terrence Farley, of counsel), for respondent.

PER CURIAM. For the reasons set forth in the opinion of the court below (30 N. Y. Supp. 398), the order is affirmed, with $50 costs and disbursements.

PEOPLE ex rel. MAXON, Appellant, v. SCHRIEBER, Respondent. (Supreme Court, General Term, Fourth Department. September, 1894.) Proceeding on the relation of Le Roy Maxon against John C. Schrieber, as sheriff of Oneida county. No opinion. Order affirmed. See Code Civ. Proc. § 2016; People v. Cavanagh, 2 Parker, Cr. R. 650; 9 Am. & Eng. Enc. Law, 228.

PEOPLE, Appellant, v. SOLDIERS' HOME OF WASHINGTON, D. C., Respondent. (Supreme Court, General Term, Fourth Department. September, 1894.) Application of the Soldiers' Home for money deposited with the state treasurer. No opinion. Order reversed, and motion denied. Held, that the act of congress should not be construed to apply to money which had been actually paid over to the soldier.

PEOPLE ex rel. NOLAN et al. v. WORDEN. (Supreme Court, General Term, Third Department. December 4, 1894.) Proceeding on the relation of Catherine W. Nolan and others against William W. Worden, sheriff. No opinion. Order affirmed.

PEW, Respondent, v. McCAUL et al., Appellants. (Superior Court of New York City, General Term. January 7, 1895.) Action by Blackburn B. Pew against Margaret J. McCaul and others. A. M. & G. Card, for appellants. Timothy J. Shed, guardian ad litem and attorney for infant defendants. Joseph N. Goldbacher, for respondent.

FREEDMAN, J. The judgment appealed from is for foreclosure and sale under a mechanic's lien filed by plaintiff. The substantial controversy between the parties was as to the amount due under the lien. Upon a full review of the whole case, it appears that, upon the evidence, the referee had sufficient grounds for finding, and for refusing to find, as he did; that the exceptions taken by the defendants to the rulings of the referee upon questions of evidence are without merit, and that no substantial reason exists which calls for reversal. The judgment should be affirmed, with costs.

RAVEN v. SMITH. (Supreme Court, General Term, Second Department. December 10, 1894.) Action by John Raven against William R. Smith. No opinion. Motion for reargument granted.

READ v. MILLS. (Supreme Court, General Term, Second Department. December 10, 1894.) Action by E. Katie Read against Abner Mills. J. A. Thompson, for appellant. Watts & Chadsey, for respondent.

DYKMAN, J. This is an action to recover for the services and disbursements of a lawyer who is now dead. The cause was tried before a referee, who has made a report in favor of the plaintiff, upon which a judgment has been entered. The defendant has appealed from the judgment. Without exception, the case involved questions of fact only, and the referee has made a very careful examination of the testimony. We are satisfied with his conclusions both upon the point of law raised and the questions of fact presented. The judgment should be affirmed, with costs.

REED, Respondent, v. PETRIE, Appellant. (Supreme Court, General Term, Fourth Department. September, 1894.) Action by Jesse Reed against Norman Petrie. No opinion. Judgment and order affirmed, with costs.

RICE, Respondent, v. GEOGHAN, Appellant. (Supreme Court, General Term, First Department. January 18, 1895.) Action by Albert B. Rice against William Geoghan. I. Fromme, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

In re RICHARDSON'S WILL. In re KIRKLAND. (Supreme Court, General Term, Second Department. December 10, 1894.) Petition of Ann P. R. Kirkland for the revocation of letters of administration issued to T. Chelsey Richardson and James H. Moran, administrators, on estate of Thomas Richardson, deceased. Denied. For opinion of surrogate denying the application, see 29 N. Y. Supp. 1079. No opinion. Order of the surrogate affirmed.

RILEY, Appellant, v. HALLETT, Respondent. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Patrick Riley against Elijah Hallett. No opinion. Judgment appealed from affirmed on the principle adjudicated in Evarts v. Kiehl, 102 N. Y. 296, 6 N. E. 592.

ROBERTSON et al., Respondents, v. SULLY, Appellant. (Supreme Court, General Term, First Department. December 14, 1894.) Action by William Robertson and others against Alfred Sully. J. S. Smith, for appellant. S. Hanford, for respondents. No opinion. Order affirmed, with costs.

ROOME et al., Appellants, v. JENNINGS et al., Respondents. (Common Pleas of New York City and County, General Term. November 12, 1894.) Action by William P. Roome and others against Frederick C. Jennings and others. For decision of general term of city court, from which the appeal was taken, see 29 N. Y. Supp. 685. F. A. Thomson, for appellants. James L. Bishop, for respondents.

PER CURIAM. The appeal must be disposed of in accordance with the former decision of the general term. 21 N. Y. Supp. 938. No new question is presented by the amendment of the complaint, nor by the evidence taken upon the last trial. Judgment affirmed.

ROWE v. CENTRAL RAILROAD OF NEW JERSEY. (Supreme Court, General Term, First Department. January 18, 1895.) Action by Catherine Rowe, as administratrix, etc., against Central Railroad of New Jersey. M. P. O'Connor, for plaintiff. R. Thorne, for defendant. No opinion. Order reversed, with $10 costs and disbursements.

RUBENSTEIN, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, General Term, First Department. January 18, 1895.) Action by Frederica Rubenstein against the Manhattan Railway Company. F. Allin, for appellant. E. M. Fell, for respondent. No opinion. Judgment affirmed, with costs.